

**ORDERED in the Southern District of Florida on April 17, 2013.**

Laurel M. Isicoff, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:
UC CHALLENGER, LLC,                                Case No. 13-16721-LMI
                                                   Chapter 11
Debtor.
_____/

### ORDER DENYING CL36 LEASING, LLC AND CRAIG ROBINS' MOTION FOR PROTECTIVE ORDER

THIS MATTER came before the Court for hearing on April 11, 2013 at 2:30 p.m. upon (i) CL36 Leasing, LLC and Craig Robins' Motion for Protective Order [ECF No. 48] (the "Motion") and (ii) Ugo Colombo's Response to the Motion [ECF No. 49] (the "Response"). The Court, having reviewed the Motion, the Response and the record in this case, and having heard argument of counsel, it is

**ORDERED** that the Motion is **DENIED** as moot for the reasons stated on the record.

###

Submitted by:
Michael L. Schuster, Esq.
Genovese Joblove & Battista, P.A.
Counsel for Ugo Colombo
100 SE 2nd Street, 44th Floor

[10732-001/1929969/1]

Miami, Florida 33131
Phone:  305-349-2300
Fax:  305-349-2310
E-mail: mschuster@gjb-law.com

Copies furnished to:
Michael L. Schuster, Esq.
[Attorney Schuster shall forward a conformed copy of this order to all parties upon whom the Motion was served.]

[10732-001/1929969/1]